UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        NO: 10-20205

v.        HON. SEAN F. COX
        United States District Judge

KEITH DIJUAN WHITEHORN
aka Rasheed Dijuan Whitehorn,

        Defendant.
_____/

## ORDER DELAYING TRIAL AS RESULT OF PRETRIAL MOTION

This matter having come before the Court on the parties' stipulation that the need for the Court to resolve defendant's Motion for an Evidentiary Hearing and to Suppress the Evidence necessitates a delay of the trial of this case, and the Court having reviewed the stipulation and the motion and being otherwise fully advised, the Court hereby finds that delay results from the fact that the legal and factual issues raised by the motion will cause counsel to spend considerable time and effort litigating the motion rather than preparing for trial.

THEREFORE IT IS ORDERED that the trial of this case be delayed pending resolution of the motion, and determines that the period of time from the date of filing of defendant's motion and continuing through the date on which the motion is taken under advisement by the court, as well as an additional period of time (not to exceed 30 days) during which the motion is under advisement by the court, shall be excluded in computing

the time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

        S/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: November 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 23, 2010, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager